## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Brian Imholte on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>v.<br><br>U.S. Bank National Association,<br>Lawgix Lawyers, LLC, and<br>Michael D. Johnson, Esq., individually,<br><br>　　　　　Defendants. | Civil No. 19-1627 (DWF/DTS)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation for Dismissal With Prejudice filed by the parties on August 31, 2020, (Doc. No. [66]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, with each party to bear their own costs and fees.

Dated:  August 31, 2020              s/Donovan W. Frank
　　　　　　　　　　　　　　　　　 DONOVAN W. FRANK
　　　　　　　　　　　　　　　　　 United States District Judge